Moises Garcia,
3648 Via Gala
Lompoc, California, 93436
805-354-0059
Plaintiff In Pro Per

FILED
2011 JUN 16 PM 3: 20
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY ___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

MOISES GARCIA,

    Plaintiff,

vs.

RECONTRUST COMPANY,

    Defendants.

Case No.: **CV11-05086** VBF (JEMx)

**COMPLAINT**

**JURY DEMAND**

## JURISDICTION

1. This is an action for damages for violation of the provisions of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. The jurisdiction of this court is invoked under 15 U.S.C. § 1692k(d) and 28 U.S.C. §§ 1331, 1337.

## CLAIM FOR RELIEF

2. Plaintiff is a "consumer" within the meaning of 15 U.S.C. § 1692a(3).

3. Defendant is a "debt collector" within the meaning of 15 U.S.C. § 1692a(6).

COMPLAINT
1



```
Court Name: U.S. District Court
Division: 2
Receipt Number: LA019161
Cashier ID: jacash
Transaction Date: 06/16/2011
Payer Name: MOISES GARCIA

CIVIL FILING FEE
 For: MOISES GARCIA
 Case/Party: D-CAC-2-11-CV-005086-001
 Amount:         $350.00

CASH
 Amt Tendered:  $350.00

Total Due:       $350.00
Total Tendered: $350.00
Change Amt:       $0.00


No refunds without original
receipt. Returned checks will be
assessed a fee of $45.00.
```

**First Violation of 15 U.S.C. § 1692c(a)**

4. On about ~~Not Specific~~, 201_, defendant, without the prior consent of plaintiff and without the express permission of any court of competent jurisdiction, telephoned plaintiff, during the a.m. hours for the purpose of collecting a "debt" within the meaning of 15 U.S.C. § 1692a(5).

5. On about ~~Not Specific~~, 201_, plaintiff wrote to defendant and requested that defendant cease further communication with plaintiff. The letter is attached to this complaint and incorporated by reference in it as Exhibit "A".

6. This letter was sent by certified mail, return receipt requested, and was received by defendant on or about ~~Not Specific~~, 201_, as shown by the receipt. The receipt is attached to this complaint and incorporated by reference in it as Exhibit "B"

7. Despite this request and notice, defendant continued to contacted plaintiff by telephone:
   a. On ~~Not~~, 201_ ~~Specific~~ at __:00 a.m.;
   b. On ~~Not~~, 201_ ~~Specific~~ at __:00 a.m.; and
   c. On ~~Not~~, 201_ ~~Specific~~ at __:00 a.m.

In each of this calls, the defendant demanded payment of the sums allegedly owed.

**Second Violation of 15 U.S.C. § 1692b**

8. On May 27th, 2011 defendant contacted and inquired about plaintiff's whereabouts, plaintiff's place of employment, and plaintiff's telephone number.

9. Defendant stated to Attorney at Law Glenn H. Wechsler that plaintiff owed a debt, payment of which was overdue, and that this was the reason for the inquiry.

10. Defendant failed to identify his employer, even though expressly requested to do so by FEDERAL NATIONAL MORTGAGE ASSOCIATION.

**Third Violation of 28 U.S.C. § 1692d(5)**

11. On several relevant dates, defendant caused plaintiff's telephone to ring repeatedly and continuously with the intent to annoy, abuse, or harass plaintiff and plaintiff's family.

**Forth Violation of 28 U.S.C. § 1692e(1), (4)**

12. On March 11th, 2011, defendant attempted the collection of an alleged debt by fraudulently conveying plaintiff personal property and representing that defendant was a corporation and that the alleged debt had been reduced to a sale of the property without prior debt validation.

13. Defendant further stated that non-payment of the debt would result in attachment and seizure of plaintiff's real and personal property or in plaintiff's imprisonment, although that type of action was not lawful and was not intended to be taken by the defendant or by any creditor.

**Fifth Violation of 28 U.S.C. § 1692f(7)**

14. On March 11th, 2011, plaintiff received a post card from defendant stating that defendant demanded payment of a specified debt allegedly owing to RECONTRUST COMPANY.

**Sixth Violation of 28 U.S.C. § 1692g**

15. On September 30th, 2010, defendant initially contacted plaintiff in connection with a debt owed to BAC HOME LOANS SERVICING, LP.

16. During this initial contact, defendant did not supply plaintiff with the information required by 15 U.S.C. § 1692g.

17. Plaintiff has not paid the debt.

18. More than five days have passed since this initial communication.

19. Defendant has not, as of yet, supplied plaintiff with a written notice containing the information required by 15 U.S.C. § 1692g.

20. Defendant's violations of this statute have caused plaintiff to suffer actual damages in the amount of $332,000.00.

21. Plaintiff also claims additional damages in the amount of $1,000.00 per incident.

**PRAYER**

Plaintiff demands judgment against defendant as follows:

A.    Actual damages in the sum of $ 332,000 , together with interest.

B.    Additional damages in the sum of $ 6,000 .

C.    Costs of this action and attorney's fees.

D.    Any other relief that may be just.

Date: 06/15/11

Respectfully Submitted,

*Moises Garcia*

Moises Garcia, Plaintiff In Pro Per
3648 Via Gala
Lompoc, California 93436
805-354-0059

COMPLAINT
4

## DEMAND FOR JURY TRIAL

Plaintiff moves this court pursuant to Fed.R.Civ.P. Rule 38 *"Jury Trial of Right"* and thereby demand a Jury Trial. The undersigned certifies that a copy hereof has been furnished to the parties listed in the Certificate of Service.

By: *Moisés Garcia*
Moises Garcia

COMPLAINT
5

## VERIFICATION

STATE OF CALIFORNIA

COUNTY OF Santa Barbara

BEFORE ME, the undersigned authority, on this day personally appeared, MOISES GARCIA who under oath stated the he is the Plaintiff on whose behalf the foregoing Complaint is filed, that he is legally competent to make this Verification, which is based on his personal knowledge, and that the factual statements contained in Paragraphs 1-21 of the foregoing Complaint are true and correct.

By: *Moisés Garcia*

Moises Garcia

I, Moises Garcia, do swear and affirm that all statements made herein are true and accurate, in all respects, to the best of my knowledge.

Moises Garcia, Plaintiff In Pro Per
3648 Via Gala
Lompoc, California 93436
805-354-0059

Who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this document and acknowledged to me that he executed the same in his authorized capacity and that by his signature on this instrument who is the person who executed this instrument.

I certify under **PENALTY OF PERJURY** under the laws of the State of California that the foregoing paragraph is true and correct.

Witness my hand and official seal.

*[signature]*

NOTARY PUBLIC IN AND FOR                                   NOTARY SEAL
THE STATE OF CALIFORNIA

DAVID LEE TODD
Commission # 1937208
Notary Public - California
Santa Barbara County
My Comm. Expires Jun 16, 2015

COMPLAINT
6

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished by U.S. Mail, Hand Delivery, and Process Server to the below mentioned on this _16_, day of _June_, 2011.

RECONTRUST COMPANY
1800 Tapo Canyon Rd., CA6-914-01-94
Simi Valley, California, 93063

By: _Moises Garcia_
Moises Garcia

COMPLAINT
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge Valerie Baker Fairbank and the assigned discovery Magistrate Judge is John E. McDermott.

The case number on all documents filed with the Court should read as follows:

**CV11- 5086 VBF (JEMx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] Western Division | [ ] Southern Division | [ ] Eastern Division |
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)     NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☒)
MOISES GARCIA

**DEFENDANTS**
RECONTRUST COMPANY

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

Moises Garcia
3648 Via Gala
Lompoc, California, 93436

**Attorneys** (If Known)
N/A

## II. BASIS OF JURISDICTION (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (Place an X in one box only.)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

## V. REQUESTED IN COMPLAINT:
**JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No
☐ **MONEY DEMANDED IN COMPLAINT:** $ 332,000

## VI. CAUSE OF ACTION (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Fair Debt Collection Practices Act, 15 U.S.C. sec. 1692 et seq.

## VII. NATURE OF SUIT (Place an X in one box only.)

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce ICC Rates etc.
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities Commodities Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☒ 890 Other Statutory Actions
- ☐ 891 Agricultural Act
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Info. Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Fed. Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury-Med Malpractice
- ☐ 365 Personal Injury-Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 463 Habeas Corpus-Alien Detainee
- ☐ 465 Other Immigration Actions

**TORTS PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing Accommodations
- ☐ 444 Welfare
- ☐ 445 American with Disabilities - Employment
- ☐ 446 American with Disabilities - Other
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence Habeas Corpus
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS-Third Party 26 USC 7609

**CV11-05086**

**FOR OFFICE USE ONLY:** Case Number: _____
AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)      CIVIL COVER SHEET      Page 1 of 2

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ No ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)
☒ A. Arise from the same or closely related transactions, happenings, or events; or
☒ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☒ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| SANTA BARBARA | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | SIMI VALLEY |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| ~~Los Angeles~~ Santa Barbara County | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): Moisés Garcia    Date 6 15 2011

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |